# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gatluak Puot Well, | Case No. 21-cv-1969-KMM-BRT |
| Plaintiff | |
| v. | **ORDER** |
| Conagra Brands, Inc., | |
| Defendant | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on August 22, 2022 (ECF No. 28), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: August 22, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge